**Dismissed and Memorandum Opinion filed June 21, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-17-00697-CV

## IN THE MATTER OF THE MARRIAGE OF SUZANNE S. RON AND AVISHAI RON

**On Appeal from the 245th District Court
Harris County, Texas
Trial Court Cause No. 2014-49671**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed April 13, 2017. The clerk's record was filed September 11, 2017. The reporter's record was filed March 14, 2018. No brief was filed.

On May 8, 2018, this court issued an order stating that unless appellant filed a brief on or before May 23, 2018, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Donovan and Brown.